**No. P68/144.**—Hancock Gross Mfg., Inc. *v.* United States, protests 65/14051 and 65/15607 (Philadelphia).

**No. P68/145.**—Paul Munk & Co., Inc. *v.* United States, protests 66/9095 and 66/14250 (New York).

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of brass sink strainers similar in all material respects to those the subject of *Davies,*

*Turner & Company* v. *United States* (55 Cust. Ct. 48, Abstract 69651), the claim of the plaintiffs was sustained.